IT IS SO ORDERED.

s/Christopher A. Boyko
CHRISTOPHER A. BOYKO,
SENIOR U.S. DISTRICT JUDGE
Date: 12/4/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) CASE NO. 1:20-cv-02522 ) |
| v. | ) JUDGE CHRISTOPHER A. BOYKO ) |
| CASE WESTERN RESERVE UNIVERSITY, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant. | ) ) ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Doe hereby voluntarily dismisses this cause of action in its entirety without prejudice. This Court shall retain jurisdiction over this matter.

Respectfully submitted,

*/s/ Susan C. Stone*
Susan C. Stone (0064445)
Kristina W. Supler (0080609)
KOHRMAN JACKSON & KRANTZ, LLP
1375 E. 9th St., 29th Floor
Cleveland, OH 44114
P: (216) 696-8700
F: (216) 621-6536
E: scs@kjk.com
  kws@kjk.com

*Attorneys for Plaintiff*

{K0818723.1}